UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS LOCAL UNION
NO. 252 PENSION PLAN, ELECTRICAL
WORKERS LOCAL NO. 252 HEALTH
& WELFARE PLAN, INTERNATIONAL
BROTHERHOOD OF ELECTRICAL
WORKERS LOCAL UNION NUMBER 252
DEFINED CONTRIBUTION/401(K) PLAN,
ELECTRICAL WORKERS LOCAL NUMBER
252 APPRENTICE SCHOOL PLAN,
INTERNATIONAL BROTHERHOOD
OF ELECTRICAL WORKERS LOCAL UNION
252 JOINT APPRENTICE TRAINING FUND,
INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS LOCAL 252 LABOR
MANAGEMENT COOPERATION FUND, and
INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS LOCAL UNION NO. 252,

Case No.  09-13729

Hon. Patrick J. Duggan

      Plaintiffs,

**DEFAULT JUDGMENT**

v.

WISE ELECTRIC COMPANY, INC., a Michigan
corporation, CHRIS A. WISE, an individual, and
PATRICIA A. WISE, an individual, jointly and severally,

      Defendants.

___

Joy M. Glovick (P66961)
Conlin, McKenney & Philbrick, P.C.
Attorneys for Plaintiffs
350 South Main Street, Suite 400
Ann Arbor, Michigan 48104-2131
(734) 761-9000

___

\        **DEFAULT JUDGMENT**

        At a session of the Court held in the United States District Court, Eastern District of Michigan, on the 10th day of December, 2009.

        PRESENT:    Hon. Patrick J. Duggan
                            U.S. District Court Judge

This matter having come before the Court upon the Plaintiffs' attorney's affidavit attesting to Defendants' default in the terms of a certain Order to Dismiss Without Prejudice, Subject to Reinstatement and Entry of Default Judgment entered in this matter (the "Order"), the Installment Payments (as that term is defined in the Order) (the "Installment Payments") paid by Defendants, the amount of interest accrued on the unpaid Installment Payments, and the attorney's fees and costs incurred by Plaintiffs after the date of the Order with respect to the collection of fringe benefits and liquidated damages due from Defendants (the "Affidavit"), and the Court being fully advised in the premises;

**IT IS ORDERED AND ADJUDGED** that a Default Judgment shall be and hereby is entered in favor of the Plaintiffs and against the Defendants Wise Electric Company, Inc., Chris A. Wise and Patricia A. Wise, jointly and severally, in the amount of $16,734.66, less the $0.00 in Installment Payments paid to-date by the Defendants as set forth in the Affidavit, plus the $148.52 in accrued interest as set forth in the Affidavit and plus the $987.00 in attorney's fees and costs incurred by Plaintiffs after October 21, 2009 with respect to the collection of fringe benefits and liquidated damages due from Defendant Wise Electric Company, Inc., all as set forth in the Affidavit, **for a total judgment of $17,870.18**.

**IT IS FURTHER ORDERED** that interest shall accrue from the date of this Default Judgment as provided by 28 USC 1961.

**IT IS FURTHER ORDERED** that Defendants shall reimburse Plaintiffs for the attorney fees and costs incurred by them to collect this Default Judgment.

**IT IS FURTHER ORDERED** that Plaintiffs may immediately pursue any and all legal post-judgment collection proceedings against Defendants.

S/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated:  December 10, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 10, 2009, by electronic and/or ordinary mail.

S/Marilyn Orem
Case Manager